IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**UNION SECURITY LIFE INSURANCE COMPANY, ET AL.,**                              **PLAINTIFFS,**

**VS.**                                             **CIVIL ACTION NO. 3:04CV90-P-A**

**JOYCE MARTIN and SHERYL MOORE,**                                  **DEFENDANTS**

**CONSOLIDATED WITH**

**DORIS SELMON, ET AL.,**                                                     **PLAINTIFFS,**

**VS.**                                            **CIVIL ACTION NO. 2:03CV108-P-A**

**FIRST FAMILY FINANCIAL SERVICES, ET AL.,**                    **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiffs Union Security Life Insurance Company, American Security Insurance Company, American Bankers Insurance Company of Florida, and American Bankers Life Assurance Company of Florida's Motion for Summary Judgment [14-1] currently pending in *Union Security Life Insurance Company, et al. v. Joyce Martin and Sheryl Moore*, Cause Number 3:04CV090-P-A is hereby **GRANTED**; accordingly,

(2) The claims of Joyce Martin and Sheryl Moore against Union Security Life Insurance Company, American Security Insurance Company, American Bankers Insurance Company of Florida, and American Bankers Life Assurance Company of Florida's Motion in *Selmon, et al. v.*

1

*First Family Financial Services, et al.*, Cause Number 2:03CV108-P-A are **COMPELLED TO ARBITRATION**; and

(3) The claims of Joyce Martin and Sheryl Moore against Union Security Life Insurance Company, American Security Insurance Company, American Bankers Insurance Company of Florida, and American Bankers Life Assurance Company of Florida's Motion in *Selmon, et al. v. First Family Financial Services, et al.*, Cause Number 2:03CV108-P-A are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this they 15th day of July, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE