IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DORIS SELMON, ET AL.,**                                  **PLAINTIFFS,**

**VS.**                             **CIVIL ACTION NO. 2:03CV108-P-A**

**FIRST FAMILY FINANCIAL SERVICES,**
**INC., ET AL.,**                                    **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion and Order granting First Family Financial Services and Associates First Capital Corp.'s Motion for Summary Judgment and compelling arbitration in the related case of *First Family Financial Services, et al. v. Alfred Walton*, Cause Number 2:04cv129-P-A, **IT IS ORDERED AND ADJUDGED** that the claims of Alfred Walton against First Family Services and Associates First Capital Corp. in the instant case are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 18th day of July, A.D., 2005.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE