IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FIRST FAMILY FINANCIAL SERVICES, INC. and**
**ASSOCIATES FIRST CAPITAL CORPORATION,**         **PLAINTIFFS,**

**VS.**         **CIVIL ACTION NO. 3:04CV80-P-A**

**SHERRY D. MOORE,**         **DEFENDANT.**

**CONSOLIDATED WITH**

**DORIS SELMON, ET AL.,**         **PLAINTIFFS,**

**VS.**         **CIVIL ACTION NO. 2:03CV108-P-A**

**FIRST FAMILY FINANCIAL SERVICES, ET AL.,**         **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiffs First Family Financial Services, Inc. and Associates First Capital Corporation's Motion for Summary Judgment [12-1] pending in *First Family Financial Services, Inc. et al. v. Sherry D. Moore*, Cause Number 3:04cv80-P-A is hereby **GRANTED**; accordingly,

(2) The claims of Sherry D. Moore against First Family Financial Services, Inc. and Associates First Capital Corporation in *Selmon, et al. v. First Family Financial Services, et al.*, Cause Number 2:03CV108-P-A are **COMPELLED TO ARBITRATION**; and

(3) The claims Sherry D. Moore against First Family Financial Services, Inc. and

Associates First Capital Corporation in *Selmon, et al. v. First Family Financial Services, et al.*, Cause Number 2:03CV108-P-A are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 15th day of July, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE