**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**DORIS SELMON, ET AL.,**                                   **PLAINTIFFS,**

**VS.**                                     **CIVIL ACTION NO. 2:03CV108-P-A**

**FIRST FAMILY FINANCIAL SERVICES,**
**INC., ET AL.,**                                                   **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion and Order granting First Family Financial Services and Associates First Capital Corp.'s Motion for Summary Judgment and compelling arbitration in the related case of *First Family Financial Services, et al. v. Charlotte Furr*, Cause Number 2:04cv127-P-A, **IT IS ORDERED AND ADJUDGED** that the claims of Charlotte Furr against First Family Services and Associates First Capital Corp. in the instant case are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 18th day of July, A.D., 2005.

                                                    /s/ W. Allen Pepper, Jr.
                                                  W. ALLEN PEPPER, JR.
                                                  UNITED STATES DISTRICT JUDGE