# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DORIS SELMON, ET AL.,**                                          **PLAINTIFFS,**

**VS.**                                **CIVIL ACTION NO. 2:03CV108-P-A**

**FIRST FAMILY FINANCIAL SERVICES, ET AL.,**        **DEFENDANTS.**

## ORDER

This matter comes before the court upon this court's recent Order vacating a prior order entered in both the above-referenced case and *First Family Financial Service, et al., v. Alfred Walton*, Cause Number 2:04CV12. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the court's order dismissing without prejudice and compelling to arbitration the claims of Alfred Walton against First Family Financial Services and Associates First Capital Corporation entered in *Selmon* as [88-1] and in *First Family* as [10-1] is hereby **VACATED** because all of Alfred Walton's claims against all defendants in the *Selmon* case have already been dismissed without prejudice per an Agreed Order of Dismissal entered in *Selmon* as [82-1].

**SO ORDERED** this the 8th day of August, A.D, 2005.


                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE