IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DORIS SELMON, ET AL.**                                                                                         **PLAINTIFFS**

**VERSUS**                                                           **CIVIL ACTION NO. 2:03CV108-P-A**

**FIRST FAMILY FINANCIAL SERVICES, INC., ET AL.**            **DEFENDANTS**

### FINAL JUDGMENT

This Court previously stayed proceedings in this matter pending final approval of a class action settlement in *Baker, et al v. Washington Mutual Finance, et al*, Cause No. 1:04CV137, pending in the Southern District of Mississippi before Honorable Walter J. Gex, III and due to arbitration issues. The Court has been advised that the Fifth Circuit has recently affirmed the class action settlement, and that the cause should be proceeding toward final settlement. The Court has been further advised by Plaintiffs' counsel that they are desirous of dismissing any remaining claims in light of the class action ruling and various other resolutions, on the condition that the Court will retain jurisdiction over this matter should it become necessary to make any further rulings due to developments in the class action, or otherwise. Accordingly, it is

**ORDERED** that all claims made in this matter are hereby dismissed with prejudice, and that the case is hereby **CLOSED**. The Court will retain jurisdiction as may be necessary should any developments occur in the class action requiring the Court's involvement, or otherwise.

**SO ORDERED**, this the 19th day of September, 2006.

                                                                     /s/ W. Allen Pepper, Jr.
                                                                     W. ALLEN PEPPER, JR.
                                                                     UNITED STATES DISTRICT JUDGE